[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

Nos. 06-13845, 06-14997

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAY 22, 2007
THOMAS K. KAHN
CLERK

Nos. 10-CA-34483, 10-CA-34584, 10-CA-36280

NATIONAL LABOR RELATIONS BOARD

                                                                    Petitioner,

versus

CONCRETE FORM WALLS, INC.,

                                                                    Respondent.

_____

Petitions for Review of an Application for Enforcement
of the National Labor Relations Board

_____

**(May 22, 2007)**

Before EDMONDSON, Chief Judge, HULL, Circuit Judge, and FORRESTER,[*]
District Judge.

PER CURIAM:

_____

[*]Honorable J. Owen Forrester, United States District Judge for the Northern District of
Georgia, sitting by designation.

After review and oral argument, we find no reversible error and thus enforce the National Labor Relations Board's orders dated April 13, 2006, and August 31, 2006.

**ENFORCED.**